FILED '09 APR 17 12:22 USDC-ORP

Carter M. Mann, OSB #96089
mannc@fosterpdx.com
Rebecca A. Thiebes, OSB #05395
thier@fosterpdx.com
FOSTER PEPPER LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503-221-0607
Facsimile: 503-221-1510

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AERO AIR, LLC, an Oregon limited liability company,

          Plaintiff,

vs.

ORR AIR, INC., a Canadian corporation, and ROBERT R. ORR, an individual.

          Defendants.

No. 3:08-cv-730-BR

**STIPULATED DISMISSAL WITH PREJUDICE**

Based on the stipulation of the parties herein and FRCP 41(a), it is hereby:

ORDERED AND ADJUGED that the above-captioned matter, including all claims and counterclaims, is dismissed with prejudice and without attorneys fees or costs to any party.

DATED this 17th day of April, 2009.

_____
The Honorable Anna Brown

PAGE 1 – STIPULATED DISMISSAL WITH PREJUDICE

50159578.01

IT IS SO STIPULATED:

LANDYE BENNETT BLUMSTEIN LLP

_____
Robert B. Hopkins, OSB #73143
rhopkins@landye-bennett.com
Attorneys for Defendants

FOSTER PEPPER LLP

_____
Carter M. Mann, OSB #960899
mannc@fosterpdx.com
Rebecca A. Thiebes, OSB #05395
thier@fosterpdx.com
Attorneys for Plaintiff

PAGE 2 – STIPULATED DISMISSAL WITH PREJUDICE

30159578.01